UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MORREY SELCK, | ) | Case No. 2:18-CV-02447 JAM-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| COUNTY OF SACRAMENTO, ET AL., | ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| MORREY SELCK, | ) | Case No. 2:19-CV-00341 TLN-DB |
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF SACRAMENTO, | ) | |
| Defendant. | ) | |
| MORREY SELCK, | ) | Case No. 2:19-CV-00935 TLN-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, MARK WILLIAMS, XAVIER CASTRO, | ) | |
| Defendants. | ) | |

1

| | |
|---|---|
| MORREY SELCK, | Case No. 2:19-CV-00977 MCE-CKD |
| Plaintiff, | |
| v. | |
| KAISER PERMANENTE, | |
| Defendant. | |
| MORREY SELCK, | |
| Plaintiff, | |
| v. | Case No. 2:19-CV-01067 KJM-AC |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., | |
| Defendants. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:19-CV-00341 TLN-DB, 2:19-CV-00935 TLN-EFB, 2:19-CV-00977 MCE-CKD, and 2:19-CV-01067 KJM-AC be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the

reassigned case shall be shown as 2:19-CV-00341 JAM-EFB, 2:19-CV-00935 JAM-EFB, 2:19-CV-00977 JAM-EFB, and 2:19-CV-01067 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: September 3, 2019     /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge