UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SACRAMENTO;<br>CARLENA TAPELLA,<br><br>　　　　Defendants. | No. 2:18-cv-2447-JAM-EFB PS<br><br><br><br>ORDER |

On October 11, 2019, the court dismissed this action for lack of subject matter jurisdiction. ECF No. 38. Plaintiff subsequently filed a notice of appeal (ECF No. 40) and a request to proceed *in forma pauperis* on appeal (ECF No. 44).

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed *in forma pauperis* on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

Plaintiff submitted a declaration which demonstrates his inability to pay or to give security for fees and costs. He did not, however, claim entitlement to redress or describe the issues he intends to present on appeal.

Accordingly, it is hereby ORDERED that plaintiff's request to proceed *in forma pauperis* on appeal (ECF No. 44) is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and plaintiff is hereby informed that he may file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).

DATED: November 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE